# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MATTHEW W. BARNETT, ADC # 135607**            **PLAINTIFF**

**V.**          **Case No. 4:11CV00371 SWW**

**MID-ARK**            **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 28th day of July, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE