# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MATTHEW W. BARNETT**                                                      **PLAINTIFF**

**V.**                             **No. 4:11CV00371 SWW**

**MID-ARK**                                                                 **DEFENDANT**

## ORDER

On October 3, 2011, the Eighth Circuit Court of Appeals affirmed the decision of this Court and assessed $455.00 in appellate filing and docketing fees against Mr. Barnett (docket entry #31). The mandate issued on November 14, 2011. (#33) The Court of Appeals has remanded the collection of fees to this Court.

Mr. Barnett is no longer in the custody of the Arkansas Department of Correction. Therefore, Mr. Barnett is ordered to submit the statutory filing fee of $455.00 to the Clerk of the Court. His payment should be clearly identified by the name and number assigned to this action.

IT IS SO ORDERED, this 2nd day of December, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE